UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER CLARY

                 Plaintiff,       :     Civil Action No.
                                  :     3:02CV1913 (AVC)

    v.

FARREL CORPORATION

                 Defendant.    :     OCTOBER 15, 2003

**DEFENDANT'S MOTION
TO COMPEL DISCOVERY RESPONSES
AND INITIAL DISCLOSURES, TO PROVIDE
NOTICE OF PROPOSED DISMISSAL, AND TO IMPOSE
SANCTIONS FOR FAILURE TO COOPERATE IN DISCOVERY**

Pursuant to Fed. R. Civ. P. 37(a)(2)(A) and (B), 37(a)(4)(A), and D. Conn. L. Civ. R. 37(a)(2) and 41(a), defendant Farrel Corporation ("Farrel") hereby moves for an Order (i) compelling plaintiff Christopher Clary ("Plaintiff") to submit Initial Disclosures in accordance with Fed. R. Civ. P. 26(a) and respond to Farrel's First Set of Interrogatories and First Request for Production of Documents, both dated April 4, 2003 (collectively the "Discovery Requests"); (ii) notifying Plaintiff that failure to provide his Initial Disclosures, respond to the Discovery Requests, and indicate in writing his intention to pursue this action will result in dismissal of this action; and (iii) imposing sanctions on Plaintiff for failing to cooperate in discovery.

In complete disregard of the parties' Rule 26(f) Report and the Federal Rules of Civil Procedure, Plaintiff has failed to submit his Initial Disclosures in accordance with Fed. R. Civ. P. 26(a) or propound any discovery requests of his own, and has not objected to, responded to, or moved for an extension of time to respond to the Discovery Requests. The undersigned has written to Plaintiff several times regarding his complete failure to respond and/or object to the Discovery Requests and his failure to provide his Initial Disclosures, but Plaintiff has refused to comply. The time for responding to the Discovery Requests and producing Initial Disclosures has long expired. Accordingly, Farrel is entitled to an Order compelling Plaintiff to respond to its interrogatories and to produce the documents requested without interposing any objection and placing Plaintiff on notice that the Court will dismiss this action if Plaintiff fails to provide the required discovery. In addition, Farrel is entitled to its attorney's fees and costs incurred in the making of this motion.

Farrel respectfully moves the Court for an Order:

1.    directing Plaintiff to provide responses to Farrel's Discovery Requests without interposing any objection within ten days of such Order;

2.    directing Plaintiff to provide his Initial Disclosures without interposing any objection within ten days of such Order;

3.    placing Plaintiff on notice that failure to respond to Farrel's Discovery Requests, to provide Initial Disclosures and to state in writing his

intention to pursue this action within twenty days will result in dismissal of this action; and

4.    directing Plaintiff to pay Farrel's attorney's fees in connection with this motion.

Pursuant to Fed. R. Civ. P. 37(a)(2)(B) and D. Conn. L. Civ. R. 37(a)(2), Farrel certifies that it has made a good faith effort to obtain compliance with the Discovery Requests without intervention of the Court. In support of this motion, Farrel respectfully refers the Court to the accompanying Memorandum of Law and Affidavit of Good Faith filed herewith.

DEFENDANT
FARREL CORPORATION

By:_____
Robin G. Frederick (Fed. Bar No. ct10542)
Piyush Sharma (Fed. Bar No. ct23463)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901-3522
Tel.: (203) 324-8100
Fax: (203) 324-8199
E-mail: rfrederick@goodwin.com
E-mail: psharma@goodwin.com
Its Attorneys

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2003, a copy of the foregoing

Defendant's Motion to Compel Discovery Responses and Initial Disclosures, to Provide

Notice of Proposed Dismissal, and to Impose Sanctions for Failure to Cooperate in

Discovery was sent via certified mail, return receipt requested, to:


Christopher Clary
798 Riverside Drive
Orange, CT 06477



_____
Piyush Sharma
Fed. Bar No. ct23463



102318 v.01