

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER CLARY | : |
| | : Civil Action No. |
| Plaintiff, | : 3:02CV1913 (AVC) |
| | : |
| v. | : |
| | : |
| FARREL CORPORATION | : |
| | : |
| Defendant. | : OCTOBER 15, 2003 |

### AFFIDAVIT OF GOOD FAITH

Pursuant to Federal Rules of Civil Procedure 37(a)(2)(A) and (B), and District of Connecticut Local Rules 37(a)(2) and 41(a), counsel for the defendant Farrel Corporation ("Farrel") hereby submits the following affidavit in support of its Motion to Compel Discovery Responses and Initial Disclosures, to Provide Notice of Proposed Dismissal, and to Impose Sanctions for Failure to Cooperate in Discovery.

1. I, Piyush Sharma, am an attorney at the law firm of Shipman & Goodwin LLP, and represent Farrel in the above-referenced matter.

2. I am over eighteen years of age and understand the obligations of an oath.

3. On or about February 12, 2003, Farrel and Plaintiff executed a Rule

Case 3:02-cv-01913-AVC    Document 20-2    Filed 10/17/2003    Page 2 of 6

26(f) Report which, among other things, called for the exchange of Initial Disclosures no later than March 15, 2003, the completion of depositions no later than September 30, 2003, and the completion of all fact discovery no later than October 31, 2003.

4. On or about April 4, 2003, Farrel served its First Set of Interrogatories and First Request for Production of Documents (collectively the "Discovery Requests") on the plaintiff. These Discovery Requests are attached as Exhibit A to the accompanying Memorandum of Law in accordance with Local Rule 37(a)(3).

5. Plaintiff did not respond, object to, or move for an extension of time to respond to Farrel's Discovery Requests within the applicable time period.

6. On or about April 4, 2003, Farrel also noticed Plaintiff's deposition to take place on May 14, 2003. At the request of Plaintiff's prior counsel, Farrel did not proceed with Plaintiff's deposition because Plaintiff's counsel was moving to withdraw.

7. On or about May 15, 2003, Plaintiff's former counsel filed a motion to withdraw as counsel and Plaintiff filed a notice of appearance pro se. The Court granted the motion to withdraw on or about July 24, 2003.

8. After providing Plaintiff significant time to comply with the Discovery Requests, the undersigned wrote to Plaintiff on August 11, 2003, and requested that he submit his Initial Disclosures and respond to Farrel's Discovery Requests by August 21, 2003. Farrel also re-noticed Plaintiff's deposition to take place on September 24, 2003. Plaintiff was notified in the letter that if he did not serve his Initial Disclosures and respond to Farrel's Discovery Requests by August 21, 2003, Farrel would move

for an Order compelling the same. The letter was sent via certified mail, return receipt requested, and received by Plaintiff on August 14, 2003. A copy of the letter and return receipt is attached hereto as Exhibit A.

9. Plaintiff did not respond to undersigned counsel's August 11, 2003 letter.

10. On September 15, 2003, the undersigned again wrote to Plaintiff, requesting that Plaintiff submit his Initial Disclosures along with his responses to Farrel's Discovery Requests by September 19, 2003. In the letter, undersigned counsel reminded Plaintiff that if he failed to submit his Initial Disclosures and failed to respond to Farrel's Discovery Requests, Farrel would move for an Order compelling such disclosure. The letter was sent via Federal Express. A copy of the letter is attached hereto as Exhibit B.

11. Plaintiff did not respond to undersigned counsel's September 15, 2003 letter.

12. As a result of the foregoing, Farrel was unable to proceed with Plaintiff's deposition, which was scheduled for September 24, 2003.

13. As of this date, Plaintiff has still not responded to Farrel's Discovery Requests, and has also failed to serve Farrel with his Initial Disclosures as required by Fed. R. Civ. P. 26(a).

_____
Piyush Sharma

Subscribed and sworn to before
me this 15th day of October, 2003.

_____
Notary Public

DOLORES S. ROVELLA
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2006

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2003, a copy of the foregoing Affidavit of Good Faith was sent via certified mail, return receipt requested, to:

Christopher Clary
798 Riverside Drive
Orange, CT 06477

_____
Piyush Sharma
Fed. Bar No. ct23463

102333 v.01