

# Shipman & Goodwin LLP
COUNSELORS AT LAW

300 Atlantic Street
Stamford, Connecticut 06901-3522
Phone: (203) 324-8100

Piyush Sharma
Phone: (203) 324-8118
Fax: (203) 324-8199
psharma@goodwin.com

August 11, 2003

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Christopher Clary
798 Riverside Drive
Orange, CT 06477

Re:   **Christopher Clary v. Farrel Corporation, Docket No.: 3:02CV1913**

Dear Mr. Clary:

Please find attached our Initial Disclosures submitted pursuant to Federal Rule of Civil Procedure 26(a)(1). Please be advised that your former attorney, Mr. John Androski, did not submit Initial Disclosures to us. Additionally, we served you with document requests and interrogatories (copies enclosed herein) on or about April 4, 2003, to which we have received no response. Accordingly, please submit your Initial Disclosures along with your responses to our document requests and interrogatories to us within ten (10) days of the date of this letter. Your failure to do so will leave us no choice but to request an order compelling disclosure and for sanctions pursuant to Federal Rule of Civil Procedure 37.

We have also enclosed a new Notice of Deposition, pursuant to which we intend to take your deposition on September 24, 2003 at 10:00 a.m. in our offices located at 300 Atlantic Street, Stamford, CT. If for any reason you are unable to appear on that date, please contact me immediately.

Very truly yours,

Piyush Sharma, Esq.

PS/at
cc: James Burns, Esq.
Enclosures



**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Christopher Clary
Date of Delivery: 8-19-03

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CHRISTOPHER CLARY
798 RIVERSIDE DRIVE
ORANGE, CT 06477

2. Article Number (Transfer from service label)
7002 0460 0002 9990 2936

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7002 0460 0002 9990 2936

PS Form 3800, January 2001    See Reverse for Instructions