

**Shipman & Goodwin LLP**
COUNSELORS AT LAW

300 Atlantic Street
Stamford, Connecticut 06901-3522
Phone: (203) 324-8100

Piyush Sharma
Phone: (203) 324-8118
Fax: (203) 324-8199
psharma@goodwin.com

September 15, 2003

**VIA FEDERAL EXPRESS**
Christopher Clary
798 Riverside Drive
Orange, CT 06477

Re:   **Christopher Clary v. Farrel Corporation, Docket No.: 3:02CV1913**

Dear Mr. Clary:

    Please be advised that we have not received your Initial Disclosures, which you were required to submit to us, pursuant to Federal Rule of Civil Procedure 26(a)(1). Additionally, we have not received your responses to our document requests and interrogatories, which were served on you on or about April 4, 2003. I previously sent you a letter dated August 11, 2003, with additional copies of our document requests and interrogatories, and requested that you provide us with your Initial Disclosures along with your responses to our document requests and interrogatories within ten (10) days thereof.

    It has been over a month since I sent you that letter and we are still waiting for your responses and any documents. If we do not receive in our offices, by September 19, 2003, your Initial Disclosures and responses to our document requests and interrogatories, you will leave us no choice but to file a motion to compel disclosure and for sanctions including, but not limited to, the dismissal of this action, pursuant to Federal Rule of Civil Procedure 37.

Very truly yours,

Piyush Sharma

PS/at
cc: James Burns, Esq.

H:101898\v.01      Stamford      Lakeville      Greenwich

# FedEx USA Airbill — Sender's Copy

FedEx Tracking Number: 8412 3840 2060

**1 From**
Date: 9/15/03
Sender's FedEx Account Number: 1043-1336-1
Sender's Name: PIYUSH SHARMA
Phone: ( )
Company: SHIPMAN & GOODWIN
Address: 300 ATLANTIC ST
City: STAMFORD   State: CT   ZIP: 06901-3522

**2 Your Internal Billing Reference:** 19247-01

**3 To**
Recipient's Name: CHRISTOPHER CIAFFY
Phone: ( )
Company:
Address: 748 RIVERSIDE DRIVE
City: ORANGE   State: CT   ZIP: 06477

**4a Express Package Service**
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight

[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service**
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**
[ ] FedEx Envelope
[ ] FedEx Pak
[ ] Other

**6 Special Handling**
[ ] SATURDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
[X] No   [ ] Yes (As per attached Shipper's Declaration)   [ ] Yes (Shipper's Declaration not required)
[ ] Dry Ice   [ ] Cargo Aircraft Only

**7 Payment** Bill to:
[X] Sender
[ ] Recipient  [ ] Third Party  [ ] Credit Card  [ ] Cash/Check

**8 Release Signature**
Total Declared Value: $ NIL .00

0250437700

447