Christopher Clary
798 Riverside Drive
Orange, Ct. 06577

FILED

2003 OCT 23 P 3:56

US DISTRICT COURT
HARTFORD CT

Clerk, U.S. District Court
450 Main Street
Hartford, Ct. 06103

October 20, 2003

Re:  Christopher Clary v. Farrel Corporation
     Case # 02-CV-1913

To Whom It May Concern,

I Christopher Clary would like to drop case # 02-CV-1913 due to the health and stress of my wife.

Sincerely

*Christopher Clary*

Christopher Clary

MY COMMISSION
NOV. 30, 2003

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 21 DAY OF Oct, 2003
BY Walker R Livingston

Walker R Livingston
NOTARY PUBLIC

cc: Piyush Sharma