O2cv1913ntcvclDism

21

Christopher Clary
798 Riverside Drive
Orange, Ct. 06577

Clerk, U.S. District Court    October 20, 2003
450 Main Street
Hartford, Ct. 06103

Re:  Christopher Clary v. Farrel Corporation
     Case # 02-CV-1913 (AVC)

To Whom It May Concern:

I Christopher Clary would like to drop case # 02-CV-1913 due to the health and stress of my wife.

Sincerely

Christopher Clary

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 21 DAY OF Oct, 2003
BY Walker R Livingston
    Walker R Livingston
NOTARY PUBLIC

October 29, 2003. Construed as a motion to withdraw this case, the motion is granted. An order of dismissal shall enter dismissing this case without prejudice. SO ORDERED.

Alfred V. Covello, U.S.D.J.

cc: Piyush Sharma