UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHRISTOPHER CLARY

VS.  CASE NO. 3:02CV01913 (AVC)

FARREL CORPORATION

## ORDER OF DISMISSAL

The Plaintiff having filed a notice of dismissal on October 23, 2003 and the Court, on October 29, 2003 having issued its endorsement order construing the notice as a motion to withdraw this action and granting said motion; it is hereby

ORDERED that this matter is dismissed without prejudice.

Dated at Hartford, Connecticut, this 3rd day of November, 2003.

Alfred V. Covello
United States District Judge